# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Md Shakhawat Hossain, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Job Service North Dakota, | ) | Case No. 1:20-cv-009 |
| | ) | |
| Defendant. | ) | |

On August 24, 2020, plaintiff filed what the court construes as a request for a status conference pursuant to D.N.D. Civ. L.R. 7.1 (B), which obligates the parties to participate in a telephone conference with the court prior to filing any discovery motions.

The court **GRANTS** plaintiff's motion (Doc. No. 23).  The court shall hold a status conference with the parties on September 10, 2020, at 1:30 p.m. CDT by telephone.  To participate in the conference, the parties should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 26th day of August, 2020.

*/s/ Clare R. Hochhalter*
Clare R.Hochhalter, Magistrate Judge
United States District Court